Jeffrey B. Wihtol, OSB No. 78108
Jeff@WihtolLawOffice.com
620 S.W. Main St., Suite 602
Portland, OR 97205-3024
Phone: 503-228-1210
Fax: 503-228-0016
Attorney for Plaintiff

Robert H. Beatty-Walters, OSB No. 95449
rbw@miller-wagner.com
Miller & Wagner, L.L.P.
2210 N.W. Flanders St.
Portland, OR 97210
Phone: 503-299-6116
Fax: 503-299-6106
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CHRISTINA MCCLELLAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> I-FLOW CORPORATION, a Delaware ) <br> corporation, ) <br> ) <br> Defendant. ) | Case No. _____ <br><br> COMPLAINT <br> Personal Injury Action (28 USC § 1332) <br> Demand For Jury Trial |

1. Plaintiff is a citizen of the State of Oregon and defendant is a corporation incorporated under the laws of the State of Delaware, having its principal place of business in the State of California. The matter in controversy exceeds, exclusive of interest and costs, sums specified by 28 USC § 1332.

2. On or about October 1, 2003, and again on or about September 1, 2004, plaintiff underwent arthroscopic surgery on her right shoulder and at the conclusion of the surgeries a Pain Buster Dual Pain Management System device manufactured, marketed, and distributed by defendant was utilized by the surgeon to inject pain relief medications directly into plaintiff's right shoulder joint, on a continuous basis, for up to 72 hours or

Page 1 -   COMPLAINT

LAW OFFICES OF JEFFREY B. WIHTOL
Attorneys at Law
620 S.W. Main St., Suite 602
Portland, Oregon 97205-3024
Phone: (503) 228-1210   Fax: (503) 228-0016

1   more following said surgeries.

2   　　　　3. Defendant's pain pump devices were unreasonably dangerous beyond
3   the extent contemplated by ordinary patients with ordinary knowledge regarding the
4   devices.

5   　　　　4. Defendant negligently failed to instruct and warn the United States
6   Medical Community regarding the safe use of its devices.

7   　　　　5. As a direct, foreseeable, and proximate result, plaintiff has suffered
8   chondrolysis of her right shoulder joint, the permanent loss of cartilage within the
9   shoulder joint, has suffered great pain and suffering of body and mind, incurred past
10  medical expenses in the sum of $300,000.00, will incur future medical expenses in the
11  sum of $750,000.00, and has suffered past and future impairment of earning capacity in
12  the sum of $450,000.00.

13  　　　　6. Despite the exercise of reasonable care and diligence, plaintiff did not
14  discover the existence of the claims herein until two years of the date of commencing this
15  action.

16  　　　　7. Wherefore, plaintiff demands judgment against defendant in the sum of
17  $4,500,000.00 noneconomic general damages and $1,500,000.00 special and economic
18  damages.

19  　　　　Dated this 31st day of August, 2007.

20

21  　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Jeffrey B. Wihtol, OSB #78108
22  　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

23

24

25

26

Page 2 -   COMPLAINT

LAW OFFICES OF JEFFREY B. WIHTOL
Attorneys at Law
620 S.W. Main St., Suite 602
Portland, Oregon 97205-3024
Phone: (503) 228-1210   Fax: (503) 228-0016