UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
EUGENE DIVISION

CHRISTINA MCCLELLAN,

                **Plaintiff,**

                v.                                  Civil No. 07-1309-AA

I-FLOW CORPORATION, a Delaware
corporation; DJO, LLC, a Delaware
corporation; DJO, INC., a Delaware
corporation,

                **Defendants.**

## JUDGMENT

Judgment is entered in favor of defendants and against plaintiff.  This action is dismissed.

Dated: October 20, 2010.

                **/s/ ANN AIKEN**
                **United States District Judge**

**JUDGMENT**                      **DOCUMENT NO:** _____